**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-2353

DAVID R. CORBIN,

Plaintiff - Appellant,

v.

MICHAEL J. ASTRUE, Social Security Commissioner; ERIC H.
HOLDER, JR., Attorney General; GAIL WILLIS, Ms., Social
Security Administration; SCOTT USSERY, Mr., Attorney of Law;
JUNE KOENING, Ms., Bladen County Child Support,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle,
District Judge. (5:08-cv-00096-BO)

Submitted: April 23, 2009          Decided: April 29, 2009

Before MICHAEL and DUNCAN, Circuit Judges.[*]

Dismissed by unpublished per curiam opinion.

David R. Corbin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

---

[*] The opinion is filed by a quorum of the panel pursuant to
28 U.S.C. § 46(d) (2006).

PER CURIAM:

David R. Corbin appeals the district court's order adopting the magistrate judge's recommendation and dismissing as frivolous Corbin's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Corbin's motion to proceed in forma pauperis and dismiss for the reasons stated by the district court. Corbin v. Astrue, No. 5:08-cv-00096-BO (E.D.N.C. Nov. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED